# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANTOS B. RAMOS-RODRIGUEZ, | : | Civil No. 1:25-CV-00421 |
| Petitioner, | : | |
| v. | : | |
| KATHY BRITTAIN, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 3rd day of November, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 1, is **DISMISSED**.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania